UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-62618-CIV-SINGHAL

AMALIA RUIZ-GOMEZ

Petitioner,

v.

WARDEN, Broward Transitional Center, *et al.*,

Respondents.
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court upon Respondents' Response to Order to Show Cause and Motion to Dismiss Petition (the "**Response**"). (DE [7]). Respondents advise the Court, among other things, that Petitioner agreed to voluntarily depart the United States and that the immigration judge ordered her voluntary departure by October 22, 2026. *Id.* at 2. Because Petitioner has not contested these representations or otherwise replied to Respondents' Response, the Court assumes that Petitioner made good on her word and voluntarily departed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Petition (DE [1]) is **DENIED AS MOOT**;
2. The Clerk of Court is respectfully directed to **CLOSE** this case; **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions;
3. Should Petitioner contest this Order of dismissal, she may move to re-open this case by **November 10, 2026**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of October 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF